Corey Lamonde JAMES,
Plaintiff–Appellant,

v.

Gary D. MAYNARD; Gene M. Johnson,
Defendants–Appellees.

No. 11–6369.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Corey Lamonde James, Appellant Pro Se. Nichole Cherie Gatewood, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *James v. Maynard*, No. 8:09–cv–02885–AW, 2011 WL 743814 (D. Md. filed Feb. 22, 2011; entered Feb. 23, 2011). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*